# Court of Appeals
# of the State of Georgia

ATLANTA,　　May 09, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1703.  SIM JAMES POPE, JR. v. THE STATE.**

Sim James Pope, Jr., filed this direct appeal from the superior court's order denying his motion for release from sex offender registry requirements.  See OCGA § 42-1-19.  In order to appeal this order, however, Pope was required to file an application for discretionary appeal.  See OCGA § 5-6-35 (a) (5.2).  Pope's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/09/2013
*I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court*
hereto affixed the day and year last above written.


, *Clerk.*